UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA



FILED
FEB 0 9 2011
CLERK

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| STEPHEN BRADLEY LeMASTER, | * | CIV 11-4019 |
| Petitioner, | * | |
| | * | ORDER |
| -vs- | * | |
| WARDEN JORDAN R. HOLLINGSWORTH, FEDERAL PRISON CAMP, YANKTON, | * | |
| Respondent. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Petitioner, Stephen Bradley LeMaster, an inmate who is incarcerated at the Federal Prison Camp in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's action is based on the Bureau of Prisons' administration of the prisoner reentry program under the Second Chance Act of 2007. Similar Section 2241 actions are pending before this Court. *See, e.g., Kurt James Bowers v. Warden, Federal Prison Camp, Yankton*, CIV, 10-4006 (D. S.D. filed Jan. 28, 2010). Petitioner also contends that several material facts were misstated on the recommendation that was submitted for approval of his RRC placement and that he has exhausted his administrative remedies. The Court directs that the Petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED:

(1) that the Clerk of Court shall serve upon Respondent and the United States Attorney for the District of South Dakota, by certified mail, a copy of the Petition (Doc. 1), and this Order;

(2) that within twenty days after service, Respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3) that Petitioner may file a reply within 10 days of service of the Respondent's response.

Dated this 9th day of February, 2011.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: /s/ Jackie Meinheimer
(SEAL)   DEPUTY

2